# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN RE: | ) |
| | ) Chapter 13 |
| ROBERT AND CHRISTINE LAMBERT, | ) |
| | ) |
| | ) Case No. 11-10655-JMD |
| Debtors. | ) |

**DEBTORS'**
***EX PARTE* MOTION FOR AUTHORITY TO INCUR DEBT**
**FOR THE PURCHASE OF A REPLACEMENT VEHICLE**

AFTER CONSIDERATION OF the Debtors' Motion for Authority to Incur Debt for the Purchase of a Vehicle, said Motion is hereby GRANTED.  Debtors may incur debt up to $350 per month for 36 months to purchase a vehicle.

 May 08, 2012
Date

/s/   J. Michael Deasy
Hon. J. Michael Deasy, US Bankruptcy Court
District of New Hampshire